# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

VIRGINIA CALLAHAN and T. G.,

      Plaintiff,

    v.

TOYS "R" US-DELAWARE, INC., and
PACIFIC CYCLE, INC.,

      Defendants.

Case No. 1:15-cv-02815

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES PURSUANT TO FEDERAL
## RULE 26(A)(2)

Virginia Callahan by her attorney, Francis J. Collins, makes the following

disclosures pursuant to the above referenced Federal Rule and states:

1. Plaintiff expects to call Kristopher Macalinao, the former acting service

   manager, from Twenty20 Cycling Company from Savage, Maryland as

   an expert in the field of bicycle assembly mechanics.  It is expected that

   Kristopher Macalinao will testify that the rear brake of the subject

   bicycle was improperly assembled.  The brake cable casing was too long

   and contained too much of a bend in it.  As a result of these defects, the

   rear brake did not properly function and was impossible for a young child

   to use.  The brake did not properly slow down the bike especially in the

way the front brake operates. The defect was in the assembly of the brake on the subject bike by the failure to properly trim and install the brake cable in a reasonable manner such that it allowed the wheel brake to be properly operated.

Mr. Macalinao has over 10 years of experience as a bicycle mechanic. He has not published any books or articles regarding his profession. He has not testified in any other cases in the past four years. The amount of compensation to conduct the video-taped evaluation was eighty seven dollars and fifty cents ($87.50) and, should Mr. Macalinao be called to testify at trial, his amount of compensation will be determined at that time. See attached Evaluation Invoice, disc recording of Mr. Macalinao's evaluation of the bicycle involved, and the YouTube link https://www.youtube.com/watch?v=rLbGLv-WGc4 to that video.

2. Plaintiff expects to call Dr. Joshua Christman of the University of Maryland School of Dentistry as an expert in the field of Pediatric Dentistry; it is expected that Dr. Christman will testify that the Plaintiff had three of her teeth knocked out, avulsed her number 6 and 7 teeth, and fractured the crown and the root of tooth number 8. It is the expert's opinion that this was caused by the injury Plaintiff received when the rear brakes of the bicycle failed causing Plaintiff to fall off the bicycle.

Dr. Christman has six (6) years of experience as a Pediatric Dentist.  He has not published any books or articles regarding his profession.  He has not testified in any other cases in the past four years.  The amount of compensation for Dr. Christman is to be determined.

3. Plaintiff Expects to call Dr. Shana Quendl, Dentaquest of Maryland, LLC, who is an expert in the field of Pediatric Dentistry; it is expected that Dr. Quendl will testify that the Plaintiff received bone replacement graft on the 1st quadrant site, as well as, a free soft tissue graft procedure (including donor site surgery) on the first tooth or adentulous tooth position in graft on Tooth number 7.

Dr. Quendl has not published any books or articles regarding her profession.  She has not testified in any other cases in the past four years. The amount of compensation for Dr. Quendl is to be determined.

4. Plaintiff expects to call Dr. Jeffrey B. Price, DDS, MS Department of Oral Diagnostic Services, Clinical Associate Professor at the University of Maryland School of Dentistry, as an expert in the field of Oral & Maxillofacial Radiology; it is expected that Dr. Price will testify that the Plaintiff's Radiology report clearly showed that the Plaintiff's number 6 and number 8 implants were noted with bone overlying tooth number 6's platform, that the spheno-occipital synchondrosis was open, indicating

that the Plaintiff appeared to be skeletally immature, the number 1 tooth and number 16 tooth were developing and that the mildly enlarged adenoids appeared to be normal for a patient of her age.

Dr. Price is a seasoned author of several articles on digital dentistry techniques.  See Dr. Price's CV attached.  A few years ago, Dr. Price provided expert witness testimony regarding the interpretation of a Dental Cone Beam CT.  The amount of compensation for Dr. Price is to be determined.

Dated  December 9, 2015

By: /s/ Francis J. Collins
     Francis J. Collins (Bar No. 04272)
     KAHN SMITH & COLLINS, P.A.
     201 N. Charles Street, 10th Floor
     Baltimore, MD 21201
     Telephone:410.244.1010
     Facsimile: 410.244.1212
     Email:fjcollins@kahnsmith.com

     Attorney for Plaintiffs

Twenty20-Savage Mill
8600 Foundry Street
Box 2081
Savage, MD 20763
410-824-8099

Workorder #10502 Invoice
**(NOT A RECEIPT)**
2014-06-24 02:14:51 PM

Workorder: 10502
Employee: Norman
Customer: Virginia Callahan
   301-346-1641
   vcallahan@vaassoc.com

| **Item** | | **Price** |
|---|---|---|
| Work order #10502, Item: Schwinn Traverse Blue | | |
| Ready on 02/27 at 05:22 pm | | |
| Waiting for Attorney present to do check over of the bike. | | |
| | | |
| Provided comprehensive evaluation and check over. | | |
| Labor | 1 | $87.50 |
| | Subtotal | $87.50 |
| | Tax | $0.00 |
| | **Total** | **$87.50** |

RETURNS AND EXCHANGES:
At Twenty20 Cycling Co. we want you to be completely satisfied with your purchase. If you are not, you may return the item within 30 days with receipt. If you don't have the receipt we will give you store credit. Item must be in its original packaging and in perfect, unused condition.
EXCLUSIONS:
We are unable to accept any returns for BIKES, FOOD, SPECIAL ORDERS and SALE ITEMS.

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to bicycle or articles left in/on bicycle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by supplier or transporter. I hereby grant you and/or your employees permission to operate the bicycle herein described on the streets or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of the repair thereto.

BIKE STORAGE:
We ask that you pick up your bike as soon as possible after your repair is complete. Bikes left after 30 days will incur up to a $5.00/day storage fee unless specific arrangements are made. Bikes left after 60 days will be considered abandoned and become the property of Twenty20 Cycling Co.

Safety Notes:
Any safety recommendations made by the mechanic are needed to put the bike in a safe condition for use. By declining repairs necessary for safe operation, you are assuming full responsibility for any safety issues that may arise.

Signature: _____
    Virginia Callahan

Thank You Virginia Callahan!

2 | 500000      105029

**Curriculum Vitae**
Jeffery B. Price, DDS, MS
Clinical Associate Professor, Department of Oncology & Diagnostic Sciences
University of Maryland School of Dentistry

**<u>Date</u>**   December 9, 2015

## <u>Contact Information</u>

| | |
|---|---|
| Business Address: | Department of Oncology & Diagnostic Sciences |
| | 650 West Baltimore Street, Room #7212 |
| | Baltimore, MD 21201 |
| Business Phone Number: | (410) 706-7627 |
| Business Facsimile: | (410) 706-0309 |
| Email: | jbprice@umaryland.edu |

## <u>Education</u>

| | |
|---|---|
| 1978 | B.A., Biology, University of North Carolina at Chapel Hill |
| 1982 | D.D.S., University of North Carolina at Chapel Hill School of Dentistry |
| 2011 | M.S., University of North Carolina at Chapel Hill School of Dentistry, Oral & Maxillofacial Radiology |

## <u>Post Graduate Education and Training</u>

| | |
|---|---|
| 1982—1983 | Hospital-based General Practice Residency in General Dentistry at Beth Israel Medical Center, New York, NY |
| 1983—1984 | Chief Resident of General Dentistry, Beth Israel Medical Center, New York, NY |
| 2008—2011 | Oral & Maxillofacial Radiology Residency, University of North Carolina at Chapel Hill |

## <u>Certifications</u>

| | |
|---|---|
| 2011 | Diplomate, American Board of Oral & Maxillofacial Radiology |

## <u>Dental Licensures</u>

| | |
|---|---|
| Active | Maryland |
| Active | North Carolina |
| Active | New York |
| Active | Alabama |

Inactive        Tennessee

## Employment History

| | |
|---|---|
| 1984-2008 | Self-employed General, Adult & Restorative Dentist, Hendersonville, NC |
| 2011–2013 | Assistant Professor & Director of Oral Radiology, Meharry Medical College School of Dentistry |
| 2013–present | Clinical Associate Professor & Director of Oral Radiology, UMSOD |

## Professional Society Membership

| | |
|---|---|
| 1982-2013 | Member, North Carolina Dental Society |
| 1982-present | Member, American Dental Association |
| 1982-present | Academy of General Dentistry |
| 1996-present | International Congress of Oral Implantologists |
| 2009-present | Member, American Academy of Oral and Maxillofacial Radiology |
| 2009-present | International Association of Dento-Maxillofacial Radiologists |
| 2013-present | Member, Maryland State Dental Association |

## Honors and Awards

| | |
|---|---|
| 1974-1978 | John Motley Morehead Scholarship, University of North Carolina at Chapel Hill, awarded by the University of North Carolina at Chapel Hill; this is a full merit-based undergraduate scholarship to UNC-Chapel Hill based on the four ideals of leadership, academic achievement, athletic accomplishment and moral turpitude |
| 1978 | President Class of 1978, University of North Carolina at Chapel Hill |
| 1981 | Clinical Cancer Fellowship, University of North Carolina at Chapel Hill School of Dentistry, awarded for a summer internship |
| 1982 | Letter of commendation for biological sciences research, University of North Carolina at Chapel Hill School of Dentistry |
| 1982 | International College of Dentists Award, University of North Carolina at Chapel Hill School of Dentistry for mission trip to Haiti as a dental student in addition to other service activities while a dental student |
| 1982 | Omicron Kappa Upsilon, University of North Carolina at Chapel Hill School of Dentistry academic honor society |
| 1982 | Chair of Dental Honor Court, University of North Carolina at Chapel Hill School of Dentistry |
| 1984 | Fellow, American Association of Hospital Dentists |
| 2005 | Master, Academy of General Dentistry |
| 2006 | Diplomate, International Congress of Oral Implantologists |
| 2010 | Advanced Education Fellowship, University of North Carolina at Chapel Hill School of Dentistry |

2

| | |
|---|---|
| 2011 | <u>Advanced Education Fellowship</u>, University of North Carolina at Chapel Hill School of Dentistry |
| 2011 | <u>Future Faculty Fellowship</u>, University of North Carolina at Chapel Hill |

## Clinical Activities

## Clinical Expertise

Master of the Academy of General Dentistry with 25 years of clinical experience in the private practice of general, adult and restorative dentistry

Diplomate in the International Congress of Oral Implantologists with experience in restoring dental implants and surgical placement of dental implants

Board certified oral & maxillofacial radiologist with experience in private practice to provide interpretation reports for dentists using dental cone beam computed tomography

## Scope of Current Clinical Practice

2013-present   In addition to the support of our pre-doctoral and advanced specialty education residents and UMSOD faculty members, we also administer a referral-based faculty practice of Oral Radiology to provide interpretation reports for outside clinical dentists using dental cone beam computed tomography in their private practice setting

## Administrative Service

2013-present   Our Division of Oral Radiology has one additional full-time faculty member and two full-time clinical staff; we are responsible for exposing 100% of the dental cone beam computed tomographic scans in the UMSOD (~1,000+ scans/year) in addition to providing radiographic support services to the pre-doctoral and screening staff for all new and urgent care patients seen in the UMSOD Clinics. I administer this Division and as such represent the UMSOD on various university and SOD committees.

## Institutional Service

| | |
|---|---|
| 2013-present | UMSOD Pre-Doctoral Program Directors Committee |
| 2013-present | UMSOD Pre-Clinical Progression Committee |
| 2013-present | UMSOD Clinical Progression Committee |
| 2013-present | UM Radiation Safety Human Use Subcommittee |
| 2013-present | UMSOD Formulary Committee |
| 2013-present | UMSOD MiPACS Implementation Committee |
| 2015-present | UMB Faculty Senate |

3

**Local, National and International Service**

**International Service**

2015-present   North American Regional Director, *International Association of Dento-MaxilloFacial Radiologists*

**National Service**

2009-2011   Reviewer, *Implant Dentistry*
2011-2014   Reviewer, *Journal of Dental Education*
2011-2014   Reviewer, *International Journal of Oral & Maxillofacial Surgery*
2011-present   Senior Editorial Board, *Implant Dentistry*
2011-present   Member, Education Committee of the American Academy of Oral & Maxillofacial Radiology
2014-present   Chair, Membership Committee of the American Academy of Oral & Maxillofacial Radiology

**Teaching Service**

**Dental Student Teaching**

2013-present   Director of Freshman Oral Radiology, (RADI 512)
                130 pre-doctoral students per class; 1 hour of lecture per week in the spring plus 1, 3 hour lab session per student
2013-present   Director of Sophomore Oral Radiology, (RADI 528)
                130 pre-doctoral students per class; 1 hour of lecture per week in the fall plus 1, 3 hour lab session per week in the fall; plus 2, 3 hour pre-clinical sessions per student over the fall and spring
2013-present   Director of Junior Oral Radiology, (RADI 538)
                130 pre-doctoral students per class; a clinical course for junior dental students
2013-present   Director of Senior Oral Radiology, (RADI 548)
                130 pre-doctoral students per class; a clinical course for senior dental students
2014-present   Oral Radiology Clerkship (RADI 551 & 552)
                Two Senior pre-doctoral dental students spend two clinic sessions per week in the Oral Radiology Clinic for a concentrated learning experience in 2D radiology as well as dental CBCT; in addition, these students will accomplish a literature review type of research project in the spring semester
2014-present   Oral Radiology Research Student (ODSC 599)
                One Junior pre-doctoral dental student is spending the academic year working on an intraoral digital sensor project; we will use the results to help select the new sensors in the clinic after we install MiPACS

4

## Advanced Specialty Education

2014-present    Director of Advanced Oral Radiology (DBMS 626)
This new course was organized in the spring and early summer of 2014; and, the inaugural course was taught in August 2014. This is a concentrated, 30 contact, 2.0 credit hour course to teach the incoming ASE residents Advanced Oral Radiology and to train them in the use of Dental CBCT.

## Post-Graduate Teaching

2013-2014     Research Mentor for Prashant Verma
An *in vivo* investigation of dentin-pulp regeneration
2014-present    Research Mentor for Tontesh Tawady
The relationship between short term healing of periapical lesions and glycemic control
2014-present    Research Mentor for Tina Mahmoudi
Accelerated orthodontic tooth movement in adult patients by micro-perforations of cortical bone

## Grants

## Publications

## Peer-reviewed journal articles

1. Price, JB, Thaw, KL, Tyndall, DA, Ludlow, JB, Padilla, RJ. Incidental findings from cone beam computed tomography of the maxillofacial region: a descriptive retrospective study. Clinical Oral Implants Research. 2012 Nov:23:1261-1268.
2. Tyndall, DA, Price, JB, Tetradis, S, Ganz, S, Hildebolt, CA, Scarfe WC. Position statement of the American Academy of Oral and Maxillofacial Radiology on selection criteria for the use of radiology in dental implantology with emphasis on cone beam computed tomography. Oral Surgery Oral Medicine Oral Pathology Oral Radiology 2012 June:113:817-826.
3. *In Print:* Verma, P, Nosrat, A, Price, JB, Wang, P, Xu, HH, Fouad, AF. The Effect of Residual Bacteria on the Outcome of Dental Pulp Regeneration in vivo. Journal of Dental Research.

## Non-peer reviewed journal articles

1. Reznick, J, Price, JB. It's time to go digital. Inside Dentistry. 2012 Nov:8.
2. Price, JB. A review of intraoral radiology. Pennwell Electronic CDE Course. 2013. http://www.ineedce.com/courses/2379/PDF/1212cei_Price_web.pdf.

3. Price, JB. Using Cone Beam CT in Clinical Practice. Pennwell Electronic CDE Course.                                                          2013.
   http://www.ineedce.com/courses/2419/PDF/1302cei_Price_pat_web.pdf
4. Price, JB. Book Review of *Cone Beam Volumetric Imaging in Dental, Oral and Maxillofacial Medicine: Fundamentals, Diagnostics and Treatment Planning. Implant Dentistry.* Implant Dentistry 2015 April:24:2:132-133.

## Book Chapters

1. Price, JB, Noujeim, M: Digital Imaging, First Chapter of Clinical Applications of Digital Dental Technology, Edited by Masri, R and Driscoll, C. Ames, Iowa, Wiley Publishing, 2015.

## Major Invited Speeches

1. Price, J., The Use of Cone Beam CT in Dentistry, Academy of General Dentistry, Annual Meeting of the Academy of General Dentistry, Nashville, TN, June 28th, 2013.
2. Price, J. Applications of Cone Beam CT in Dentistry, Academy of General Dentistry, Annual Meeting of the Academy of General Dentistry, Nashville, TN, June 29th, 2013
3. Price, J. Graduate Endodontic Seminar, Naval Postgraduate Dental School, Bethesda, MD, March 20th, 2015
4. Price, J. Technical Parameters of CBCT Imaging & Their Impact on Endodontic Outcomes, American Association of Endodontists Annual Session, Seattle, WA, May 7th, 2015.

## Other Invited Presentations

1. "The Role of CBCT in Dentistry," a presentation sponsored by Sirona Dental & Patterson Dental given in Denver, CO on September 15th, 2011

2. "Radiation Safety in OMFR Imaging", Part of an American Academy of Oral & Maxillofacial Radiology Level I CBCT Certification Course, given at the American Dental Association Annual Session in Las Vegas, NV, October 2011 and at the American Academy of Oral & Maxillofacial Radiology Annual Session in Chicago, IL, December 2011

3. "Effective Use of Digital Radiology," 30th Annual Allen-Watson Heritage Lecture at Meharry Medical College School of Dentistry, November 4th, 2011

4. "The Role of CBCT in Dentistry," a presentation sponsored by Sirona Dental given in  Minneapolis, MN on March 30th, 2012

5. "The Role of CBCT in General Practice," a one hour presentation during the commencement activities at the Meharry Medical College School of Dentistry, May 17, 2012

6. "The Role of CBCT in Clinical Practice," a two hour presentation to the Mobile, AL Dental Society, June 22nd, 2012

7. "The Role of CBCT in Dentistry," a presentation sponsored by Patterson Dental given in Asheville, NC on August 7th, 2012

8. "An Oral Radiology Update for the Orthodontic Practice," a presentation given to the 8th District Orthodontic Society in Williamsville, NY on September 14th, 2012, sponsored by Patterson Dental

9. "Advanced Treatment Planning Using Dental Cone Beam CT," a presentation during the Meharry Medical College School of Dentistry's 125th Celebration, October 12th, 2012

10. "CBCT in Dentistry: A New Perspective," a presentation sponsored by Sirona Dental given in Cincinnati, OH on November 2nd, 2012

11. "Radiation Safety in OMFR Imaging", Part of an American Academy of Oral & Maxillofacial Radiology Level I CBCT Certification Course, given at the American Dental Association Annual Session in San Francisco, CA October 2012 and at the American Academy of Oral & Maxillofacial Radiology Annual Session in Savannah, GA, November 2012

12. 'Cone Beam CT School': a nine hour seminar series taught to the faculty of the Meharry Medical College School of Dentistry from December 2012 through February 2013.

13. 'A Cone Beam CT & Treatment Planning Seminar'; a 4 hour seminar co-taught with Dr. Day Gates, board certified prosthodontist in Mobile, AL; February 2nd, 2013.

14. 'Advanced Treatment Planning Using Dental Cone Beam CT,' a presentation to the Mid-Tennessee Advanced Treatment Planning Study Club in Franklin, TN; March 12th, 2013.

15. 'The Use of Cone Beam CT in Dentistry,' a presentation to the Nashville Dental Society in Nashville, TN; April 9th, 2013.

16. 'CBCT Introduction,' part of the 2013 Meharry Commencement Lecture Series; Nashville, TN; May 16th, 2013.

17. 'The Use of Cone Beam CT in Dentistry,' a presentation at the Annual Meeting of the Academy of General Dentistry in Nashville, TN on June 29th, 2013.

18. In-service training at the University of Maryland School of Dentistry titled 'Oral Radiology: Selection Criteria, Etcetera,' given on September 24th, 2013.

19. 'Radiation Safety in OMFR Imaging', Part of an American Academy of Oral & Maxillofacial Radiology Level I CBCT Certification Course, given at the American Academy of Oral & Maxillofacial Radiology Annual Session in Los Angeles, CA, October 2, 2013.

20. 'Oral Radiology Review,' a presentation to the Group Practice Managers at the University of Maryland School of Dentistry, Baltimore MD, on October 10th, 2013.

21. 'What Can Cone Beam CT Do for Your Practice?,' a continuing education presentation at the University of Maryland School of Dentistry, Baltimore MD on November 23rd, 2013.

22. 'Principles of Panoramic Radiology,' a continuing education presentation to the Southern Maryland Dental Association, Silver Spring, MD on February 3, 2014.

23. 'Ethics in Oral Radiology,' a personalized continuing education presentation at the University of Maryland School of Dentistry, Baltimore MD on February 10th, 2014.

24. 'Applications of Cone Beam CT in Dentistry,' a presentation to the Southeastern Pennsylvania Dental Society in Gettysburg, PA on February 18th, 2014.

25. 'Oral Radiology Troubleshooting & Selection Criteria for CBCT,' a presentation to the Group Practice Managers at the University of Maryland School of Dentistry, Baltimore MD, on March 4th, 2014.

26. 'Using Dental Cone Beam CT Technology,' a presentation at the Maryland State Dental Association, Columbia, MD on March 7, 2014.

27. 'Principles of Panoramic Imaging,' a presentation to the Department of Corrections Dental Staff at the University of Maryland School of Dentistry, Baltimore, MD on March 21, 2014.

28. 'A Review of Oral Radiology,' a presentation to the Baltimore City Dental Society, Baltimore, MD on May 7th, 2014.

29. 'Cone Beam CT Imaging & Principles: Part 1 Basic Training', the first, 8 hour course, of a two part CE series to train dentists to incorporate CBCT technology in their practices, taught at the University of Maryland School of Dentistry, Baltimore, MD on June 13th, 2014.

30. 'Diagnosis & Treatment Planning Using Cone Beam CT' a presentation to the Bowie-Crofton Dental Study Club, Upper Marlboro, MD on September 18th, 2014.

31. 'Radiation Safety in OMFR Imaging', Part of an American Academy of Oral & Maxillofacial Radiology Level I CBCT Certification Course, given at the American Academy of Oral & Maxillofacial Radiology Annual Session in Orlando, Fl, September 24th, 2014.

32. 'Principles of Cone Beam CT', a seminar presentation sponsored by the Oral Diagnosis and Student Research Study Clubs at the University of Maryland School of Dentistry, Baltimore, MD on October 21st, 2014.

33. 'Cone Beam CT & Dental Implantology, a seminar presentation sponsored by the Oral Diagnosis and Student Research Study Clubs at the University of Maryland School of Dentistry, Baltimore, MD on October 28th, 2014.

34. 'Integrating Optimal Radiographic Techniques Into the Advanced Restorative Practice', an invited presentation at the Boston Digital Dentistry Symposium sponsored by Patterson Dental & Sirona Dental at Waltham, MA on November 8th, 2014.

35. 'The Role of 3D Radiology in Achieving Synergy with Digital and 3D Dentistry in the Modern Restorative Office', an invited presentation at the Boston Digital Dentistry Symposium sponsored by Patterson Dental & Sirona Dental at Waltham, MA on November 8th, 2014.

36. 'Cone Beam CT Imaging & Principles: Part 1 Basic Training', the first, 8 hour course, of a two part CE series to train dentists to incorporate CBCT technology in their practices, taught at the University of Maryland School of Dentistry, Baltimore, MD on November 20th, 2014.

37. 'Cone Beam CT Imaging & Principles: Part 1I Advanced Training', the second, 12 hour course, of a two part CE series to train dentists to incorporate CBCT technology in their practices, taught at the University of Maryland School of Dentistry, Baltimore, MD on November 21st & 22nd, 2014.

38. 'Using Cone Beam CT in Dentistry', an invited presentation given to the Harford-Cecil Dental Study Club, Bel Air, MD on January 8th, 2015.

Jeffery B. Price, DDS, MS

39. 'Improving Your Mastery of CBCT: Tips from an Oral Radiologist', an invited presentation given to the Carestream OMS Summit, Atlanta, GA on January 24th, 2015.

40. 'A Discussion of Diagnostic Challenges Facing Endodontists Today', an invited presentation given to the Edward C. Penick Endodontic Study Club, Chevy Chase, MD on March 19th, 2015.

41. 'An Oral Radiology Update', a CE presentation given to the Harford-Cecil Dental Hygiene Association, Bel Air, MD on May 7th, 2015.

42. 'Cone Beam CT Imaging & Principles: Part 1 Basic Training', the first, 8 hour course, of a two part CE series to train dentists to incorporate CBCT technology in their practices, taught at the University of Maryland School of Dentistry, Baltimore, MD on November 20th, 2014.